# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Kevin Holland<br><br>DOB:    PDID:    N/A<br><br>WARRANT ISSUED ON THE BASIS OF: INDICTMENT<br><br>TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | DOCKET NO: 05-386-06<br><br>MAGIS. NO:<br><br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>FILED<br>NOV 16 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>DISTRICT OF ARREST<br><br>CITY |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

(Conspiracy to Distribute and Possess
With Intent to Distribute
Cocaine and Cocaine Base)

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION: 21 U.S.C. §846

| BAIL FIXED BY COURT: HWOB | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE Robinson | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE Robinson | DATE ISSUED:<br>10/25/05 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE:<br>10/25/05 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 10/25/05 | NAME AND TITLE OF Reporting OFFICER | SIGNATURE OF Reporting OFFICER | |
|---|---|---|---|
| DATE EXECUTED 11/16/05 | Fitzgerald, Derrick Dusyn | [signature] | |
| HIDTA CASE: Yes ___ No X | | OCDETF CASE: Yes ___ No X | |

170834