# TAB 2

# JACKSON

| CHARGE | DOCUMENT |
|---|---|
| ASSAULT WITH A HANDGUN | ARREST REPORT |
| POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE | ARREST REPORT |

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

STATE OF MARYLAND
STATE'S ATTORNEY — N. Grissett                    CASE NUMBER    CA033240J

VS                                                TRACKING #     CR4E00227882

JACKSON, ADRAIN DAVID         DOB: 07/11/78       DATE: 1/12, 2004
                              ID: X0408924        CLERK Lisa Roarick
DEFENSE ATTORNEY — DAVIES, MATTHEW F

DOCKET ENTRIES

JUDGE Lamasney, PRESIDING: Ms. Bingham, REPORTER

1. _____
2. DEFENDANT WITHDRAWS PLEA OF "NOT GUILTY" GENERALLY AND ENTERS PLEA OF "GUILTY"/"NOLO CONTENDERE" TO COUNT 2 - Carry a handgun     ABA
   DEFENDANT FOUND GUILTY.  NO FINDING.
3. PRESENTENCE REPORT SEALED AND FILED.
4. SENTENCED TO THE JURISDICTION OF THE DIVISION OF CORRECTION/P.G. COUNTY DEPT. OF CORRECTIONS AS FOLLOWS:
   COUNT 2 FOR A PERIOD OF 30 YEARS days
   COUNT ___ FOR A PERIOD OF ___ YRS. CONCURRENT WITH/CONSECUTIVE TO CNT ___
   COUNT ___ FOR A PERIOD OF ___ YRS. CONCURRENT WITH/CONSECUTIVE TO CNT ___
   COUNT ___ PAY A FINE OF $ _____
5. SENTENCE TO COMMENCE AS OF 1-20-04.  ( 0 DAYS CREDIT GIVEN).
6. ALL BUT _____ DAYS ARE SUSPENDED AND THE DEFENDANT IS PLACED ON UNSUPERVISED/SUPERVISED PROBATION FOR A PERIOD OF _____.
7. SENTENCE TO INCARCERATION IS SUSPENDED AND THE DEFENDANT IS PLACED ON UNSUPERVISED/SUPERVISED PROBATION FOR A PERIOD OF _____.
8. FURTHER PROCEEDINGS DEFERRED.  ENTRY OF JUDGMENT IS STAYED PURSUANT TO CRIMINAL PROCEDURE SECTION 6-220, AND THE DEFENDANT IS PLACED ON UNSUPERVISED/SUPERVISED PROBATION FOR A PERIOD OF _____.
9. COURT COSTS ASSESSED AT $ _____.  COURT COST WAIVED.
10. ORDER FOR PROBATION, FILED.
11. (A) STET    (B) NOLLE PROS    (C) JUDGMENT OF ACQUITTAL
    (D) NOT GUILTY  (E) MERGE REMAINING COUNTS INTO COUNT 2.
12. DEFENDANT FAILED TO ANSWER.  APPEAL IS DISMISSED.  FILE REMANDED TO THE DISTRICT COURT.
13. ANY BENCH WARRANTS ARE RECALLED.  ANY BOND DISCHARGED.
14. DEFENDANT PLACED ON UNSUPERVISED PROBATION UNTIL FINE AND COSTS ARE PAID.
15. FINE AND COSTS TO BE PAID BY _____.
16. DISMISSED AS DUPLICITOUS.
17. MERGED WITH CASE.
18. SUSPEND THE IMPOSITION OF ANY SENTENCE.
19. CLERK TO ISSUE RELEASE ORDER D.O.C/DETENTION CENTER.
20. SENTENCE TO BE SERVED IN THE COUNTY CORRECTIONAL FACILITY.
21. DEFENDANT RELEASED AS TO THIS CASE ONLY.
22. Sentence to be Served on Home Detention.
23. _____
24. _____

(A0552240)



# DISTRICT COURT OF MARYLAND FOR Prince George's County
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772    Case No.:004E00227882

| STATE OF MARYLAND | VS | JACKSON, ADRAIN DAVID |
|---|---|---|
| COMPLAINANT: | | 2627 BOWEN RD SE #102 |
| Officer: LIDE | | WASHINGTON, DC  20020 |
| Agency/Subagency: DA SOD | | CC#: 030800056    SID: |
| ID: 2200 | | Local ID:    DL#:    DL State: |

Race: 1   Sex: M   Height: 5'7"   Weight: 182   Hair: BLK   Eyes: BRN
DOB: 07/11/1978   Phone(H): (202) 610-0459   Phone(W):

**FILED**

SEP 18 2003 ⁣ᵣᵥ

CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGES COUNTY, MD.

## CHARGE SUMMARY

UPON THE FACTS CONTAINED IN THE APPLICATION OF LIDE
IT IS FORMALLY CHARGED THAT JACKSON, ADRAIN DAVID at
the dates, times and locations stated in the Charging document:

| CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|
| 1 1420 | CR 3 202 | 25 Y | ASSAULT - ~~FIRST~~ 2nd DEGREE |
| 1 5212 | CR 4 203 | 3 Y &/or $2,500.00 | HANDGUN ON PERSON |

Date: 03/21/2003    Time: 08:37 AM    Judicial Officer: _____ 5096

Tracking No. 000002156932

X0408924

LaTonya Thomas 5096




# DISTRICT COURT OF MARYLAND FOR Prince George's County

DATE: 03/21/2003
TIME: 01:17
RELATED CASE(S)

LOCATED AT (COURT ADDRESS):
14735 Main Street
Upper Marlboro, MD 20772

DISTRICT COURT CASE NUMBER: 4E00227882

DEFENDANT'S NAME (LAST, FIRST M.I.): JACKSON, Adrain David

## COMPLAINANT
NAME: Cpl. Lide
AGENCY: P.G. County Police
I.D.NO.(POLICE): 2200
WORK TELEPHONE: (301) 731-7818
ADDRESS: SOD, 6700 Riverdale Road
CITY: Riverdale, 20737

## DEFENDANT
NAME: JACKSON, Adrain David
RACE: B  SEX: M  HT: 5'07"  WT: 182  D.O.B: 7/11/78
CC/OCA: 538204  HAIR: BLK  EYES: Brown
WORK TELEPHONE: (202) 610-0459
ADDRESS: 2627 Bowen Rd SE, APT.NO. 102
CITY: Washington DC  ZIP: 20020

☐ DOMESTIC VIOLENCE   ☐ HATE CRIME   Page 1 of ____

## STATEMENT OF CHARGES
IT IS FORMALLY CHARGED THAT THE DEFENDANT

**1** CJIS CODE 1 1420 981963  03/21/2003 01:17 at 3258 Brinkley Road Temple Hills Prince George's County, MD
...did assault Lawrence Metcalf in the ~~first~~ 2nd degree in violation of CR 3-202, contrary to the form of the act of the assembly in such case made and provided and against the peace, government and dignity of the state.

3-203

IN VIOLATION OF: ☒ MD ANN. CODE ART. CR SEC. 3-202
PROBABLE CAUSE ✓ Y
COMMISSIONER INITIALS/ID NO. 5096 LT

**2** CJIS CODE 1 5212 981963  03/21/2003 01:17 at 3258 Brinkley Road Temple Hills Prince George's County, MD
...did wear, carry and transport a handgun upon and about their person.

IN VIOLATION OF: ☒ MD ANN. CODE ART. CR SEC. 4 203
PROBABLE CAUSE ✓ Y
COMMISSIONER INITIALS/ID NO. 5096 LT

☐ CONTINUED ON ATTACHED SHEET (FORM DC/CR 2A)   Court Copy

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTER AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.
DATE: 03/21/2003
PEACE OFFICER: Cpl. Lide
AGENCY - SUB-AGENCY: P.G. County Police
I.D.NO.: 2200

TRACKING NO. 000002156921
CBF NO. ____
FORM DC/CR 2 (Rev. 7/94)

CCN: 03-080-0056

**DISTRICT COURT OF MARYLAND FOR** Prince George's County     DATE: 3/21/03
TIME: 01:17

| LOCATED AT (COURT ADDRESS) | DISTRICT COURT CASE NUMBER | RELATED CASE(S): |
|---|---|---|
| 14735 Main Street<br>Upper Marlboro, MD 20772 | 4E00227882 | |

## COMPLAINANT

| NAME (LAST, FIRST M.I.) | TITLE |
|---|---|
| Cpl. Lide | |

| AGENCY | SUB-AGENCY | I.D.NO.(POLICE) |
|---|---|---|
| P.G. County Police | | 2200 |

| WORK TELEPHONE | HOME TELEPHONE |
|---|---|
| (301) 731-7818 | |

| ADDRESS | APT.NO. |
|---|---|
| SOD<br>6700 Riverdale Road | |

| CITY | STATE | ZIP CODE |
|---|---|---|
| Riverdale, MD 20737 | | |

## DEFENDANT

| NAME (LAST, FIRST M.I.) | TITLE |
|---|---|
| JACKSON, Adrain David | |

| MAFIS NAME (LAST, FIRST M.I.) | TITLE |
|---|---|
| | |

| I.D.NO. | RACE | SEX | HT. | WT. | D.O.B.(MM/DD/YY) |
|---|---|---|---|---|---|
| | B | M | 5'07" | 182 | 7/11/78 |

| CC/OCA | HAIR | EYES | OTHER DESCRIPTION |
|---|---|---|---|
| 538204 | BLK | Brown | WHITE T SHIRT BLK PANTS |

| WORK TELEPHONE | HOME TELEPHONE |
|---|---|
| (202) 610-0459 | ( ) - |

| ADDRESS | APT.NO. |
|---|---|
| 2627 Bowen Rd SE | 102 |

| CITY | STATE | ZIP CODE |
|---|---|---|
| Washington | DC | 20020 |

☐ DOMESTIC VIOLENCE     ☐ HATE CRIME     Page 1 of ___

### STATEMENT OF PROBABLE CAUSE
ARREST ON TRAFFIC/NATURAL RESOURCES CITATIONS/CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

ON 3/21/03 AT 0117 HRS AT 3285 BRINKLEY RD TEMPLE HILLS, MD ( PRINCE GEORGE'S COUNTY ) 20748 (CLUB ELITE). OFFICER LIDE #2200 WAS WORKING SECURITY WHEN HE OBSERVED ADRIAN JACKSON (DEFENDANT) RUNNING TOWARDS THE EXIT DOOR OF CLUB ELITE. OFFICER LIDE ALSO OBSERVED SEVERAL PEOPLE RUNNING BEHIND ADRIAN JACKSON. AS THEY ALL WERE EXITING CLUB ELITE, LAWRENCE METCALF (VICTIM) YELLED " HE HAS A GUN", REFERRING TO ADRIAN JACKSON. OFFICER LIDE THEN WENT OUTSIDE AND OBSERVED LAWRENCE METCALF AND SOMEONE ELSE RESTRAINING ADRIAN JACKSON. OFFICER LIDE OBSERVED LAWRENCE METCALF PULL A GREEN OBJECT FROM THE RIGHT SIDE OF ADRIAN JACKSON'S WAISTBAND. OFFICER LIDE TOOK THE OBJECT FROM LAWRENCE METCALF. THE GREEN OBJECT WAS A GREEN SOCK AND INSIDE OF THE SOCK WAS A FABRINER VITORIA FIRESTORM .45 CALIBER HANDGUN ( SERIAL "71-04-03772-00 ) BLACK IN COLOR.

LAWRENCE METCALF TOLD OFFICER LIDE THAT HE AND ADRIAN JACKSON ACCIDENTLY BUMPED INTO EACH OTHER INSIDE OF CLUB ELITE. ADRIAN JACKSON BECAME UPSET AND POINTED THE HANDGUN AT HIM (LAWRENCE METCALF). LAWRENCE METCALF THEN WALKED AWAY FROM THE DEFENDANT (ADRIAN JACKSON) TO GET HELP. LAWRENCE METCALF AND SEVERAL CITIZENS ATTEMPTED TO APPROACH ADRAIN JACKSON INSIDE OF CLUB ELITE. ADRIAN JACKSON THEN ATTEMPTED TO LEAVE THE CLUB BY RUNNING OUT THE FRONT EXIT OF CLUB ELITE. ADRIAN JACKSON WAS THEN CAUGHT AND DETAINED AFTER A BRIEF STRUGGLE WITH THE VICTIM AND CITIZENS UNTIL OFFICER LIDE PLACED HIM UNDER ARREST. ADRIAN JACKSON SUFFERED MINOR FACIAL LACERATIONS AND BRUISING FROM WHEN HE ATTEMPTED TO RESIST APPREHENSION BY THE VICTIM (LAWRENCE METCALF) AND THE GROUP OF CITIZENS.

THE DEFENDANT (ADRIAN JACKSON) WAS TRANSPORTED TO FORT WASHINGTON HOSPITAL WHERE HE WAS TREATED AND RELEASED. THE DEFENDANT WAS THEN TRANSPORTED TO DISTRICT 4 FOR PROCESSING. ALL EVENTS OCCURRED IN PRINCE GEORGE'S COUNTY, MARYLAND.

☐ CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)     PROBABLE CAUSE CHARGES # 3
LACK OF PROBABLE CAUSE CHARGES # _____

| I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTER AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF. | I HAVE REVIEWED THE STATEMENT OF CHARGES AND HAVE DETERMINED THAT<br>☒ THERE IS PROBABLE CAUSE TO DETAIN THE DEFENDANT<br>☐ THERE IS NOT PROBABLE CAUSE TO DETAIN THE DEFENDANT AND I HAVE ACCORDINGLY RELEASED HIM ON HIS OWN RECOGNIZANCE. |
|---|---|
| DATE: 3/21/03     ARRESTING OFFICER: Cpl. Lide  I.D.NO. 2200 | DATE: 3/21/03     JUDICIAL OFFICER     COMMISSIONER I.D.NO. 5096 |
| AGENCY: P.G. County Police     SUB-AGENCY | |

TRACKING NO. 000002156921     CBF NO. _____

Court Copy     FORM DC/CR 4 (Rev. 7/94)

Date Printed: May 18, 2006

## Circuit Court For Prince George's County, Maryland

Case No. CA033240J

State of Maryland

VS.

Adrain David Jackson
2627 Bowen Rd Se #102

Washington, DC 20020

Alias: Adrain David Jackson
DOB: 07/11/1978
ID#:  Z0408924
Tracking#: 000002156932
Dist Court#: CR4E00227882

Assistant State's Attorney: Nycole L Grissett
Defense Attorney: Matthew Davies

DCM Track: A3
Rule 4-271 Date:

Charge: Assault 2nd Degree
 One of 2 related Charges
 Citation Number:

**Bond**

| Type | Amount | Bondsman |
|---|---|---|
| Corporate Bond | $25,000.00 | Adrain David Jackson |

**Event Activity**

| Date | Event | Date | Closing Docket | Judge/Master |
|---|---|---|---|---|
| 12/11/03 | Status Conference | 12/11/03 | Status Conference Moot | Vincent J Femia |
| 01/12/04 | Trial | 01/12/04 | Plea Hearing Held | Maureen M Lamasney |

Date Printed: May 18, 2006

## Circuit Court For Prince George's County, Maryland

Case No. CA033240J

**Docket Activity**

| Date | User | Docket Entry |
|---|---|---|
| 03/21/03 | (CON) | Corporate Bond |
| 12/11/03 | (CON) | Status Conference Moot |
| 01/12/04 | (CON) | Adult Trial/Sentence |
| 01/12/04 | (CON) | Condition of Bond Met |
| 01/12/04 | (CON) | Conversion Case Closed |
| 01/12/04 | (CON) | Plea Hearing Held |
| 02/17/04 | (CON) | ORl Sentence: PGC  DOC |
| 03/16/04 | (CON) | Conversion Hicks Date |
| 05/17/06 | (JCT) | Letter Requesting Copies Fd From DOJ. 318 |

Case No: CA033240J

STATE OF MARYLAND
PRINCE GEORGE'S COUNTY, TO WIT:

I HEREBY CERTIFY THAT the foregoing is a true copy of the documents in the above entitled case in the Circuit Court for Prince George's County, Maryland.

IN TESTIMONY WHEREOF, I hereto set my hand and affix the seal of the Circuit Court for Prince George's County, Maryland, this 23rd day of May, 2006.

*Rosalyn E. Pugh*
Rosalyn E. Pugh, Clerk   #318

# METROPOLITAN POLICE DEPARTMENT
## Washington, D.C.
### ARREST/PROSECUTION REPORT
P.D. 18 Rev. 6/94    GC 40

1. PERSON NOTIFIED OF NAME CHANGE - UNIT - DATE - TIME - NCIC NO. (ID Only)
2. ID NUMBER (ID Only)
3. DEFENDANT'S TRUE NAME - LAST, FIRST, MIDDLE (ID Only)
4. CID NUMBER

5. UNIT-ARREST NO.: 079800937
6. DEFENDANT'S NAME - LAST, FIRST, MIDDLE (At time of arrest): JACKSON, ADRIEN, D
7. DEA # NUMBER: HI 891

8. Arresting Officer's Name: MYERS III, ALFRED, L.
9. TYPE OF RELEASE: CITATION / BOND / COLLATERAL
10. NICKNAME / ALIAS:
11. PHONE NUMBER: NONE

Rank: OFC  Badge: 2145  Agency: MPDC
12. COURT DATE: 2/9/98
13. ADDRESS: 3351 BROTHERS PL SE
14. TIME IN D.C.: LIFE

15. ☐ CHILD ABUSE  ☐ GANG SPECIAL INTELLIGENCE  ☐ HATE  ☐ SENIOR CITIZEN  ☐ DOMESTIC VIOLENCE
16. SEX: M
17. RACE: BLK
18. BIRTHDATE: 7/11/78
19. SOCIAL SECURITY NUMBER: 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

20. NEED INTERPRETER: Yes ☐ No ☐
21. HEIGHT: 5'8
22. WEIGHT: 180
23. HAIR: BLK
24. EYES: BRN
25. COMPLEX: MED
26. PERMIT NO/ST: 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/DC
27. BIRTHPLACE: WASHINGTON, DC

28. CO-DEFENDANTS: Number 0   N/A
29. IMPERSONATOR? M / F
30. ETHNICITY
31. CAUTION
32. SCARS/MARKS/TATTOOS
33. HAT: BLK
34. JACKET: GREEN
35. PANTS: GREEN
36. COAT
37. SHIRT: BLUE
38. SKIRT/DRESS

39. WALES/NCIC CHECK
CHECK MADE BY (Name):
NCIC NUMBER: SYSTEM DOWN
WARRANT ON FILE: Yes ☐ No ☐

40. LOCATION OF OFFENSE: 100 BLK OF STERLING ST SE
DATE OF OFFENSE: 2/9/98
TIME OF OFFENSE: 0330

41. LOCATION OF ARREST: 100 BLK OF STERLING ST SE
DATE OF ARREST: 2/9/98
TIME OF ARREST: 0335

42. ASSISTING OFFICER'S NAME, BADGE NO. & UNIT OR AGENCY: WOODWARD, E  1612  7D

43. DEFENDANT ADVISED OF RIGHTS
DATE: 2/9/98  TIME: 0400  LOCATION: 7D
OFFICER'S NAME - ADVISING / COMPLETING PD FORM 47/47A: REBISH
BADGE NO.: 190  UNIT: 7D

44. COMPLAINANTS / WITNESSES
W-1: MYERS III, ALFRED, L.   2455 ALABAMA AVE   BIRTHDATE: ADULT   WORK PHONE: 202 645 0011

45. SPEC. OPS.
46. TACTICS
47. PREMISES
48. SCHOOL ZONE ☐  PUBLIC HOUSING ☐

49. CHARGES
1. USCA PWID COCAINE   CCN: 067-162

50. PROPERTY RECOVERED / ITEMS OF EVIDENCE
PROPERTY BOOK/PAGE NO.: 599/127

51. INITIALS - DATE - UNIT OF PERSON TAKING PRINT
52. M.O. WEAPONS, HANGOUTS, HABITS, INSTRUMENTS
53. RIGHT THUMB PRINT

54. CCB USE ONLY: HEIGHT / WEIGHT / HAIR / EYES / COMPLEX / SCARS/MARKS/TATTOOS

DISTRIBUTION: Page 1 to ID & RD; Page 2 & 3 to Prosecutor; Page 4 (yellow), Unit Copy; Page 5, Officer's Copy.

PAGE 1    REVERSE CARBON AND FILL IN REVERSE SIDE OF THIS FORM

REVERSE CARBONS

**55. EMPLOYMENT HISTORY** (List present employment if any, on Line 1)

| FROM - DATE - TO | EMPLOYER | ADDRESS | BUS. PHONE | OCCUPATION |
|---|---|---|---|---|
| 1. | UNEMPLOYED | | | |
| 2. | | | | |

**56. NAMES OF LIVING FAMILY; RELATIVES; FRIENDS AND ASSOCIATES** (Begin with immediate family)

| RELATIONSHIP | DOB/AGE | NAME - LAST, FIRST, M.I. | ADDRESS - STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
|---|---|---|---|---|
| GRANDFATHER | 60 | MEDLEY, JAMES | 3351 BROTHERS PL SE | |

**57. MILITARY SERVICE: BRANCH/DATE FROM - TO:** N/A

**58. TELEPHONE CALL MADE:** ☒ Yes ☐ No ☐ Refused

**59. PHONE NUMBER:** 202 563-2290

**60. STATEMENT OF FACTS:**

ON 2/9/98 AT APPROXIMATELY 0330 HRS WHILE ON ROUTINE PATROLL THE DEFENDANT WAS OBSERVED OPERATING A GREEN NISS BEARING MD TAGS ETF-610 WITH NO LIGHTS RUNNING IN THE 100 BLK OF STERLING ST SE. DUE TO RECENT THEFTS FROM AUTO'S AND A BOW GUN WHICH OCCURRED IN THE AREA, SPECIAL ATTENTION WAS ENFORCED DURING THE MIDNIGHT TOUR OF DUTY. THE DEFENDANT AND A PASSENGER APPEARED TO BE SLUMPPED IN THE VEHICLE TO AVOID BEING SCENE. A TRAFFIC STOP WAS CONDUCTED AND THE DEFENDANT AND PASSENGER WERE ASKED TO STEP OUT OF THE VEHICLE.

A FRISK OF THE DEFENDANT BY THE UNDERSIGNED OFFICER, BY TOUCHING THE OUTTER JACKET, FELT TO BE PACKAGE ROCK COCAINE. THE DEFENDANT WAS PLACED UNDER ARREST AND SEARCH INCIDENT TO ARREST REVEALED 56 SMALL ZIP LOCK BAGS OF A WHITE ROCK LIKE SUBSTANCE, A MAD SIZE ROCK LIKE SUBSTANCE, ALL PACKAGE IN A MAD CLEAR SANDWICH BAG. THESE SUBSTANCES FIELD TESTED POSITIVE FOR A COLOR REACTION TO COCAINE. THE DEFENDANT WAS PLACED UNDER ARREST AND TRANSPORTED TO THE SEVENTH DISTRICT.

COC DRUGS DEF → MYERS → REBISH → MYERS → HS → PB.    COC MONEY DEF → MYERS → PB.

**61. DEFENDANT'S VERSION / REMARKS:**

BEFORE RIGHTS, IN REFERENCE TO QUESTION, BEFORE ARREST
"I HAVE SOME CRACK".   "I WAS GOING TO SERVE HIM".

**62. RECORD CLERK'S NAME:**

**63. ARREST RECORD SUMMARY:** 1. 2. 3. 4. 5. 6. — SYSTEM DOWN

**64. PROPERTY BOOK/PAGE.NO. PRISONER'S PROPERTY ONLY**

**65. BAIL REFORM ACT CASES:** ☐ Yes ☐ No

**66. PRINTED NAME - OFFICER MAKING STATEMENT:** MYERS, ALFRED
**BADGE NUMBER:** 2145
**RANK:** OFC
**UNIT:** 7D
**DATE:** 2/9/98

**67. SIGNATURE OF OFFICER MAKING STATEMENT:** /s/ Al Myers

**68. SIGNATURE OF REVIEWING OFFICIAL:** /s/
**UNIT:** 7D
**DATE:** 2-9-98

CHECK LAST COPY FOR LEGIBILITY BEFORE TURNING IN REPORT

DISTRICT  
OFFICE OF THE

UNITED STATES

vs

Jackson, Adrain

person(s). Do not give Witnesses' Names or Addresses. REFER to them as W1 or W2, etc as listed in Item 3.

ON 2/9/98 AT APPROXIMATELY 0330 HRS WHILE ON ROUTINE PATROL THE DEFENDANT, A. Jackson, WAS OBSERVED OPERATING A GREEN NISS BEARING MD TAGS ETF-610 WITH NO LIGHTS RUNNING IN THE 100 BLK OF STERLING ST SE. DUE TO RECENT THEFTS FROM AUTO'S AND A BOW GUN WHICH OCCURRED IN THE AREA, SPECIAL ATTENTION WAS ENFORCED DURING THE MIDNIGHT TOUR OF DUTY. THE DEFENDANT AND A PASSENGER APPEARED TO BE SLUMPED IN THE VEHICLE TO AVOID BEING SEEN. A TRAFFIC STOP WAS CONDUCTED AND THE DEFENDANT AND PASSENGER WERE ASKED TO STEP OUT OF THE VEHICLE.

A FRISK OF THE DEFENDANT BY THE Arresting OFFICER, BY TOUCHING THE OUTER JACKET, FELT TO BE PACKAGE ROCK COCAINE. THE DEFENDANT WAS PLACED UNDER ARREST AND SEARCH INCIDENT TO ARREST REVEALED 56 SMALL ZIP LOCK BAGS OF A WHITE ROCK LIKE SUBSTANCE, A MAD SIZE ROCK LIKE SUBSTANCE, ALL PACKAGE IN A MAD CLEAR AND WICH BAG. THESE SUBSTANCES FIELD TESTED POSITIVE FOR A COLOR REACTION TO COCAINE. THE DEFENDANT WAS PLACED UNDER ARREST AND TRANSPORTED TO THE SEVENTH DISTRICT.

DRUGS DEF → MYERS → REBESH → MYERS → HS → PB.   COC MONEY DEF → MYERS → PB.

events described above occurred in the District of Columbia.

ribed and sworn to before me this  9  day of  February  1998

Eddie Moorhead  1612         7D           Yvette Davis  
Officer           Badge      District       Deputy Clerk

# Metropolitan Police Department — Incident-Based Event Report — Washington, D.C.

**TYPE OF REPORT:** Offense / Incident

**DATE AND TIME OF EVENT:**
- Start Date / Start Time: 0998033 (Feb)
- End Date / End Time: (blank)

**DATE OF REPORT / TIME OF REPORT:** 9 50400

**DISTRICT / SECTOR / BEAT:** 70806710

**COMPLAINT NUMBER:** (see above)

**EVENT LOCATION ADDRESS:** 100 Blk of Sterling St SE

**REPORT RECEIVED BY:** On-scene

**IS RADIO RUN LOCATION AND EVENT THE SAME?** (blank)

**PROPERTY TYPE:** Public

**EVENT NO. 1:** UCSA PWID Cocaine

**WEATHER CONDITIONS:** Clear

**SUSPECTED HATE CRIME?:** None

**SECURITY SYSTEM:** Not applicable

**LOCATION TYPE:** Street/Highway/Road

**DESIGNATED AREAS:** Suspect's vehicle

## PART II - VICTIM INFORMATION

**NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1:** Society/Public

**RELATED TO EVENT NO(S):** 1

**VICTIM TYPE:** Society/Public

**STATUS:** Closed by arrest, attach PD-252

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| IS VICTIM #1 THE REPORTING PERSON? IF N ENTER THE NAME, ADDRESS, AND PHONE NUMBER OF THE REPORTING PERSON | | | Name: Address: | | | | Phone-Area Code: | | |
| | Yes | No | | | | | | | |

| DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER? | WAS PD FORM 378A ISSUED? | IS CPO/TPO OUTSTANDING? | IF YES, ENTER CPO/TPO #: |
|---|---|---|---|
| Yes  ☒ No | Yes  No | Yes  No  Unknown | |

| INJURIES | Use the following codes to describe injuries. (Mark all that apply) | I = None Visible M = Apparent Minor Injury B = Apparent Broken Bones | O = Other Major Injury I = Possible Internal Injury G = Gunshot | L = Severe Laceration T = Loss of Teeth U = Unconscious | | | | |
|---|---|---|---|---|---|---|---|---|
| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB. # | STATUS |
| Victim | | | N/A | | | Yes | | Admitted |
| Suspect | | | | | | No | | Released |
| Victim | | | | | | Yes | | Admitted |
| Suspect | | | | | | No | | Released |
| Victim | | | | | | Yes | | Admitted |
| Suspect | | | | | | No | | Released |
| Victim | | | | | | Yes | | Admitted |
| Suspect | | | | | | No | | Released |

### PART III - PROPERTY

| 59 Codes | S = Stolen  E = Evidence  R = Recovered  F = Found | I = Impounded  V = Vehicle from which theft occurred  D = Alleged drug type | L = Lost  P = Suspected proceeds of crime  O = Other | a. Property Book & Page No. 549/137 | b. Location of Property Book MD |
|---|---|---|---|---|---|

| Code | Description of Item(s) | Serial Number/ Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| E | Clear plastic bag containing medium size white rock chunk | — | — | white | med | 1 | | | |
| E | Small red and black ziplocks containing white rock like substance | — | — | Blue + Red | small | 56 | | | |
| P | Assorted U.S. Currency | — | — | Green | | | $346.00 | | $346.00 |

TOTAL VALUE  $346.00

### 60 VEHICLE INFORMATION
Vehicle operated/used by:  Victim  ☒ Suspect     Victim's vehicle taken by suspect

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
| O | 94 | Nissan | Altima | Green | 4dr | EFT-610 md 99 | 1N4BU31D0RC130510 |

### PART IV - SUSPECT/MISSING PERSON INFORMATION (Use narrative if additional space is needed.)

**#1**

| | a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|
| ☒ Suspect  Missing | Asian  White  ☒ Black  Latino/Hispanic | Unknown  ☒ Male  Other  Female  Unknown | 19 | 5'7 | 1 | Bro | Blk |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| Med | | | | | | Green | Blue | Alcohol  Drugs  Computer  N/A |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | | | Other | | Color | Make | Model | Caliber |
|---|---|---|---|---|---|---|---|---|
| Handgun  Revolver  Rifle | Shotgun  Semi-automatic  Automatic | Other firearm | Cutting instrument  Blunt object  Motor vehicle | Hands/Feet/Teeth  None  Unknown | Other (specify) | | | |

**#2**

| | a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|
| Suspect  Missing | Asian  White  Black  Latino/Hispanic | Unknown  Male  Other  Female  Unknown | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Alcohol  Drugs  Computer  N/A |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | | | Other | | Color | Make | Model | Caliber |
|---|---|---|---|---|---|---|---|---|
| Handgun  Revolver  Rifle | Shotgun  Semi-automatic  Automatic | Other firearm | Cutting instrument  Blunt object  Motor vehicle | Hands/Feet/Teeth  None  Unknown | Other (specify) | | | |

**#3**

| | a. Race | b. Sex | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|
| Suspect  Missing | Asian  White  Black  Latino/Hispanic | Unknown  Male  Other  Female  Unknown | | | | | |

| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Alcohol  Drugs  Computer  N/A |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | | | Other | | Color | Make | Model | Caliber |
|---|---|---|---|---|---|---|---|---|
| Handgun  Revolver  Rifle | Shotgun  Semi-automatic  Automatic | Other firearm | Cutting instrument  Blunt object  Motor vehicle | Hands/Feet/Teeth  None  Unknown | Other (specify) | | | |

*Value of vehicles to be entered by Information Processing section

067-132

PROBABLE CAUSE OF ABSENCE AND DESTINATION | COMPLAINT NUMBER

IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED: | CLASSIFICATION | CLASSIFIED BY:
Critical
Non-critical

PHYSICAL/MENTAL CONDITION (i.e., diabetic) | DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED | NAME OF PARENT/GUARDIAN

ADDRESS OF PARENT/GUARDIAN | IF JUVENILE, ENTER MOTHER'S MAIDEN NAME | MISSING PERSON SECTION NOTIFIED (Name)

NARRATIVE   Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

Item Number Continued

As a result of a traffic stop of the listed vehicle, the listed narcotics were seized from S-1's person along with the listed currency. A portion of the narcotics were field tested positive with a color reaction for cocaine.

Narcotics and currency are listed on 7D Evidence book #599 pg 127.

Approximate weight of cocaine is 18 grams.

EVIDENCE TECHNICIAN/CSES #: SSO M. Bryant
NAME OF INVESTIGATOR NOTIFIED:
TELETYPE NOTIFIED (Name):
NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED
TELETYPE #:

REPORTING OFFICER'S SIGNATURE: Eddie Woodard
ELEMENT: 7D
OTHER POLICE AGENCY (Indicate if report prepared by officer other than MPD): USCP / USSS / METRO TRANSIT / OTHER
SECOND OFFICER'S NAME:
ELEMENT:
SIGNATURE OF SUPERVISOR: MPO C.A. West
ELEMENT: 7D

PAGE 3

PD 252 Rev. 10/86   Metropolitan Police Department   SUPPLEMENT REPORT   Washington, D.C.

| | |
|---|---|
| Classification Change | ☐ |
| Additional Information | ☒ |

**Date and Time of Event:** 2-9-98 0330
**Date and Time of Orig. Rpt:** 2-9-98 0400
**Describe Location:** 100 Blk of Sterling St SE — street
**Property Type:** ☒ Public

**Complainant:** Society/Public

Suspect / Missing Person: See item #22

### NARRATIVE:

Case closed with the arrest of:
1) Jackson, Adrain D., Black Male, D.O.B 7-11-78
2) 3351 Brothers Pl SE
3) SSN# 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
4) Arrest# 079800937
5) Charged with PWID Cocaine

**Status:** ☒ Closed

**Investigative Officer's Recommendation:** ☒ Suspend

Reporting Member's Signature: [signature] 1612 7D
Supervisor's Signature: MPD [signature]  3564 7D

PAGE 1 OF 1 PAGES

**U.S. Department of Justice**
**Drug Enforcement Administration**

Read Instructions on Reverse before completing.

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| ☐ Purchase  ☒ Seizure  ☐ Free Sample  ☐ Lab. Seizure  ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal)  ☐ Internal Body Carry  ☐ Other (Specify) | | | 067-162 | Felony | F |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Wash DC | 2-9-98 | Jackson, Adrian |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| MPDC 7D | ☒ Case No.  ☐ Seizure No.  No. 079802437 | 2-9-98 | |

| 9. Exhibit No. | 10. FDIN (8 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 1 | | Crack Cocaine | white rock like substance | 5.7 | 5.7 | |

**16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?** ☒ NO (included above)   ☐ YES

**REMARKS:** On 2-9-98 the File Title was found to be in possession of the above listed illegal narcotics. Seized were 56 small red and blue ziplocks containing white rock like substance and 1 clear plastic bag containing a medium size chunk of a white rock like substance. A portion of each was field tested with a positive color reaction for cocaine. Narcotics listed on 7D evidence book 599/167.

**17. SUBMITTED BY SPECIAL AGENT (Signature):** Ofc W Myers

**18. APPROVED BY (Signature & Title):**

### LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| | | |
| 22. SEAL ☐ Broken ☐ Unbroken | 23. RECEIVED BY (Signature & Date) 2-10-98 | 24. Print or Type NAME and TITLE |

### LABORATORY REPORT

**25. ANALYSIS SUMMARY AND REMARKS**

| EXH. | AMT REC'D | ANALYSIS SUMMARY |
|---|---|---|
| 1.01 | 5.6g | 56 plastic ziplock bags (24 red, 32 black) with a white rocky substance found to contain cocaine base. |
| 1.02 | 5.1g | 1 clear plastic bag with a white rocky substance found to contain cocaine base |

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 1.01 | | cocaine base | 84 | % | | 4.7g | 5.2g |
| 1.02 | | cocaine base | 88 | % | | 4.4g | 4.7g |

| 34. ANALYST (Signature): Matthew W. Sider | 35. TITLE: Forensic Chemist | 36. DATE COMPLETED: 4/6/98 |
|---|---|---|
| 37. APPROVED BY (Signature & Date): Paul De Zan | 38. TITLE: Laboratory Director | 39. LAB. LOCATION: Washington, D.C. |

DEA Form - 7 (Sept. 1995)   Previous edition dated 4/90 may be used until stock is exhausted.   5 – Receipt Copy