UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States Of America            *

      Plaintiff                   *
vs.                                       Criminal Case No.: 05-386 (ESH)
                                          *
Kevin Holland
                                          *

      Defendant                *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

UPON CONSIDERATION of the Defendant's Motion In Opposition to the Government's Motion to Admit Evidence of Other Crimes Pursuant to Federal Rule of Evidence 404(B) and For Leave To Impeach Defendant With His Prior Convictions Pursuant to Federal Rule of Evidence 609 and any response thereto, it is this _____ day of _____, 2006, hereby

ORDERED, that the defendant's motion is therefore GRANTED.

                                                  _____
                                                  Honorable Judge Huvelle
                                                  JUDGE, U.S. DISTRICT COURT
                                                  FOR THE DISTRICT OF COLUMBIA