IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CRIMINAL DIVISION)

| | |
|---|---|
| THE UNITED STATES | * |
| | * |
| | * |
| | * |
| vs. | * Criminal Case No.: 05-CR-386 (1) (ESH) |
| | * |
| | * |
| Kevin Holland, *et al.* | * |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO ADOPT AND CONFORM WITH CO-DEFENDANTS' MOTION TO DEFENDANT JONES' OMNIBUS PRE-TRIAL MOTION

The Defendant, Kevin Holland, by and through his counsel, Brian K. McDaniel, moves this Court to allow him to adopt sections two through five of the Omnibus Pre-Trial motion filed on behalf of other co-defendants. In support of said request Mr. Holland states that said motions:

1. Assert grounds for relief that Mr. Holland has standing to raise.

2. Do not seek relief inconsistent with relief already sought in motions filed by Mr. Holland.

3. Mr. Holland maintains that the granting of this Motion will conserve judicial resources considerably by limiting the filing of duplicative motions by Mr. Holland.

WHEREFORE, for the reasons stated herein Counsel respectfully requests that this Court grant Mr. Holland's Motion to Adopt and Conform with sections two through five of the Co-Defendants' Omnibus Pre-Trial Motion filed with the court to date.

        Respectfully Submitted,

        _____/s/_____  
        Brian K. McDaniel  
        1211 Connecticut Avenue  
        Suite 506  
        Washington, DC 20036  
        202-331-0793  
        BKMassociates@aol.com  
        Counsel for Mr. Holland

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing motion was sent via first-class mailing, on this 21st day of July, 2006, to :

The Clerk of the District Court  
Criminal Division  
333 Constitution Avenue  
Washington, DC 20001

&

AUSAs J.V. Geise and Rachel Lieber  
U.S. Attorney's Office  
555 4th Street  
Washington, DC 20001

                                                          _____/s/_____  
                                                          Brian K. McDaniel, Esq.