## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## (CRIMINAL DIVISION)

| | |
|---|---|
| THE UNITED STATES | * |
| | * |
| | * |
| | * |
| vs. | * Criminal Case No.: 05-CR-386 (1) (ESH) |
| | * |
| | * |
| Kevin Holland, *et al.* | * |
| Defendant | * |

*************************************************************************

### **ORDER**

Upon consideration of the Defendant's Motion to Adopt and Conform with sections two through five of the Co-Defendant's Omnibus Pre-Trial Motion and the entire record herein, it is this _____ day of _____, 2006, hereby

ORDERED, that the Defendant's Motion is hereby **GRANTED.**

_____
The Honorable Judge Huvelle