IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CRIMINAL DIVISION)

**FILED**

JUL 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| THE UNITED STATES | * |
| vs. | * Criminal Case No.: 05-CR-386 (1) (ESH) |
| Kevin Holland, *et al.* Defendant | * |

*********************************************************************

### ORDER

Upon consideration of the Defendant's Motion to Adopt and Conform with sections two through five of the Co-Defendant's Omnibus Pre-Trial Motion and the entire record herein, it is this ___24___ day of ___July___, 2006, hereby

ORDERED, that the Defendant's Motion is hereby **GRANTED**.

_____
The Honorable Judge Huvelle