UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,            )
                                     )
                                     )
                                     )
         v.                          )        Criminal No. 05-0386 (ESH)
                                     )
ANTOINE JONES, *et al.*,             )
                                     )
              Defendant.             )
                                     )

## ORDER

Based on the evidentiary hearing held on August 14, 2006, and for the reasons stated in open court, it is hereby **ORDERED** that:

1)    The government's motion [# 141] to admit evidence of other crimes pursuant to Federal Rule of Evidence 404(b) is **GRANTED**, but the Court will reserve ruling on the government's Rule 609 motion.

2)    Defendant Jones' motion [# 155] to discover the identities of each confidential informant is **GRANTED IN PART**, and the government shall disclose the identity of all testifying witnesses and provide all *Giglio* information to defendants on or before September 29, 2006.

3)    Defendant Jones' motion [# 147] for a bill of particulars is **GRANTED IN PART**, as to the first request in accordance with paragraph 2 above, and **DENIED IN PART** as moot with respect to the remaining requests because the government has agreed to provide the requested information.

4)    The parties shall file an amended joint *voir dire* by September 11, 2006.

*Ellen S Huvelle*

ELLEN SEGAL HUVELLE
United States District Judge

August 15, 2006