UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 10 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
)
v. ) Criminal No. 05-0386 (ESH)
)
ANTOINE JONES, *et al.*, )
)
Defendants. )
)

### ORDER

Considering Defendant Antoine Jones's Additional Request for Joint Voir Dire questions, the Court will overrule defendant's objections to 44, 45, 46, 57, 70, and 71 but will sustain his objections to 52, 78, 80, and 81. The government will amend the voir dire to include these four questions and submit it to the Court for signature on or before October 12, 2006.

ELLEN SEGAL HUVELLE
United States District Judge

October 10, 2006