IN THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. :  Cr. Case No. 05-386
:
KEVIN HOLLAND, :
:
Defendant. :

ORDER

**FILED**

OCT 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the Defendant, Kevin Holland's Motion for Weekly Haircuts, it is this 27th day of October, 2006 hereby

ORDERE, that the warden and staff of the District of Columbia jail will provide weekly haircuts from today's date up and until the end of the trial in the above captioned matter in the District Court for the District of Columbia.

_Ellen S Huvelle_
The Honorable Judge Huvelle