UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 05-0386 (ESH) |
| | : | |
| ANTOINE JONES, ET AL. | : | |

**GOVERNMENT'S PROPOSED 404(b) INSTRUCTION**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the attached proposed jury instruction.

Respectfully submitted,

Jeffrey A. Taylor
United States Attorney

_____
 John V. Geise
Assistant United States Attorney
D.C. Bar No. 358267
Narcotics Section
555 4th Street, N.W. # 4126
Washington, DC 20530
(202) 616-9156; Fax: 514-8707

Case 1:05-cr-00386-ESH    Document 251    Filed 11/08/2006    Page 2 of 2