UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

USA
vs.
Antoine Jones, et al

Civil/Criminal No. 05-386 1, 5, 6

NOTE FROM JURY

We have Reached a unanomous decision on Defendent Kevin Holland. ~~Also~~ Can we also get the recording for call # 216 - 3667 - 3747 - 3884

| Call 216 | 9/3/06 | 10:56 AM |
| 3667 | 10-5-06 | 11:10 AM |
| 3747 | 10-5-06 | 7:45 PM |
| 3884 | 10-6-06 | 8:58 PM |

Are we suppose to have all the Recording in the final transcript book.

Date: 12-20-06
Time: 11:15 AM

FOREPERSON

CO-109A