AO 245A (AO Rev. 12/03 - DC Rev. 12/05) Judgment of Acquittal

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**FILED**

DEC 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Kevin Holland

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR 05-386-6

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Ellen Segal Huvelle    U.S. District    Court Judge
Name of Judge                            Title of Judge

12/20/06
Date